# **EXHIBIT 1**

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L09000015982
FILED 8:00 AM
February 17, 2009
Sec. Of State
tcline

## Article I
The name of the Limited Liability Company is:
CHANNEL ONE INTERNATIONAL LLC

## Article II
The street address of the principal office of the Limited Liability Company is:
400 NORTH TAMPA STREET
SUITE 2850
TAMPA, FL. US  33602

The mailing address of the Limited Liability Company is:
400 NORTH TAMPA STREET
SUITE 2850
TAMPA, FL. US  33602

## Article III
The purpose for which this Limited Liability Company is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The name and Florida street address of the registered agent is:
LAURENCE E PAPPAS
116 IRWIN STREET EAST
SAFETY HARBOR, FL.  34695

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity.  I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:   LAURENCE E. PAPPAS

## Article V

The name and address of managing members/managers are:

   Title: MGRM
   CHANNEL ONE LIMITED
   STEPHEN HOUSE, 13 WOODBOURNE ROAD
   DOUGLAS, BI. IMI 3HH UK

Signature of member or an authorized representative of a member

Signature: LAURENCE E. PAPPAS

L09000015982
FILED 8:00 AM
February 17, 2009
Sec. Of State
tcline