**EXHIBIT 2**

L09000015982

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700155823837

05/13/09--01019--019  **55.00

FILED
09 MAY 13 PM 2:13
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

J. BRYAN
MAY 1 4 2009
EXAMINER

# COVER LETTER

TO: Registration Section
Division of Corporations

SUBJECT: __Channel One International LLC__
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

__Laurence E. Pappas__
Name of Person

__Channel One International__
Firm/Company

__400 North Tampa Street, Suite 2850__
Address

__Tampa, Florida 33602__
City/State and Zip Code

__larry.pappas@ch1group.com__
E-mail address: (to be used for future annual report notification)

FILED 09 MAY 13 PM 2:13 SECRETARY OF STATE TALLAHASSEE, FLORIDA

For further information concerning this matter, please call:

__Laurence E. Pappas__ at (__813__) __388-4143__
Name of Person       Area Code & Daytime Telephone Number

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee  ☐ $30.00 Filing Fee & Certificate of Status  ☑ $55.00 Filing Fee & Certified Copy (additional copy is enclosed)  ☐ $60.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

MAILING ADDRESS:
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

STREET/COURIER ADDRESS:
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

_____Channel One International, LLC_____
(**Name of the Limited Liability Company as it now appears on our records.**)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on __February 17, 2009__ and assigned
Florida document number _____L09000015982_____.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:** _____
*(Principal office address MUST BE A STREET ADDRESS)* _____
_____
_____

**Enter new mailing address, if applicable:** _____
*(Mailing address MAY BE A POST OFFICE BOX)* _____
_____

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

    Name of New Registered Agent: _____

    New Registered Office Address: __400 North Tampa Street, Suite 2850__
                                                                  *Enter Florida street address*

                                                   __Tampa__, Florida __33602__
                                                     *City*                               *Zip Code*

**<u>New Registered Agent's Signature, if changing Registered Agent:</u>**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

                                                     _____
                                                     If Changing Registered Agent, <u>Signature of New Registered Agent</u>

Page 1 of 2

If amending the Managers or Managing Members on our records, **enter the title, name, and address of each Manager or Managing Member being added or removed from our records:**

**MGR** = Manager
**MGRM** = Managing Member

| Title | Name | Address | Type of Action |
|---|---|---|---|
| MGRM | Channel One Limited | Stephen House, 13 Woodbourne Road, Douglas IM1 3HH, Isle of Man, British Isles | ☐ Add ☑ Remove |
| MGRM | Damian Fozard | Stephen House, 13 Woodbourne Road, Douglas IM1 3HH, Isle of Man, British Isles | ☑ Add ☐ Remove |
| | | | ☐ Add ☐ Remove |
| | | | ☐ Add ☐ Remove |
| | | | ☐ Add ☐ Remove |
| | | | ☐ Add ☐ Remove |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

Dated _____ May 12 _____, 2009.

*[signature]*

Signature of a member or authorized representative of a member

Laurence E. Pappas
Typed or printed name of signee

FILED 09 MAY 13 PH 2:13 SECRETARY OF STATE TALLAHASSEE, FLORIDA

Page 2 of 2

Filing Fee: $25.00