**EXHIBIT 3**

**L09000015982**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP  ☐ WAIT  ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____  Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

**MAR 19 2013**
B. KOHR



000244488880



RECEIVED DEPARTMENT OF STATE
13 MAR 18 AM 11:09

FILED
13 MAR 18 PM 12:20
SECRETARY OF STATE
TALLAHASSEE, FLORIDA



**CORPORATION SERVICE COMPANY**

```
ACCOUNT NO.    :   I20000000195

REFERENCE      :   572070      7692383

AUTHORIZATION  :

COST LIMIT     :   $25.00
```

ORDER DATE : March 15, 2013

ORDER TIME : 9:40 AM

ORDER NO. : 572070-005

CUSTOMER NO: 7692383

---

DOMESTIC AMENDMENT FILING

NAME: CHANNEL ONE INTERNATIONAL LLC

EFFECTIVE DATE:

XX    CERTIFICATE OF CONVERSION
_____ RESTATED ARTICLES OF INCORPORATION

PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

_____ CERTIFIED COPY
XX    PLAIN STAMPED COPY
_____ CERTIFICATE OF GOOD STANDING

CONTACT PERSON: Susie Knight -- EXT# 52956

EXAMINER'S INITIALS: _____

<u>Certificate of Conversion</u>
For
<u>Florida Limited Liability Company</u>
Into
<u>"Other Business Entity"</u>

This Certificate of Conversion is submitted to convert the following Florida Limited Liability Company into an "Other Business Entity" in accordance with s. 608.4403, Florida Statutes.

1. The name of the Florida Limited Liability Company converting into the "Other Business Entity" is:

**Channel One International LLC**
Enter Name of Florida Limited Liability Company

2. The name of the "Other Business Entity" is:

**Channel One International Inc.**
Enter Name of "Other Business Entity"

3. The "Other Business Entity" is a **Corporation**
(Enter entity type. Example: corporation, limited partnership, sole proprietorship, general partnership, common law or business trust, etc.)

organized, formed or incorporated under the laws of **Delaware**
(Enter state, or if a non-U.S. entity, the name of the country)

4. The above referenced Florida Limited Liability Company has converted into an "Other Business Entity" in compliance with Chapter 608, F.S., and the conversion complies with the statute or applicable law governing the "Other Business Entity."

5. The plan of conversion was approved by the converting Florida Limited Liability Company in accordance with Chapter 608, F.S.

6. If applicable, the written consent of each member who, as a result of the conversion, is now a general partner of the surviving entity was obtained pursuant to s. 608.4402(2), F.S.

7. This conversion was effective under the laws governing the "Other Business Entity" on: **Upon Filing**

Page 1 of 2

8. This conversion shall be effective in Florida on: __Upon Filing__.
(The effective date: 1) cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State; AND 2) must be the same as the effective date of the conversion under the laws governing the "Other Business Entity.")

9. The principal office address of the "Other Business Entity" under the laws of the state, country, or jurisdiction in which such entity was organized is as follows:

__400 North Tampa Street, Suite 2850__

__Tampa, FL 33602__

10. If the "Other Business Entity" is an out-of-state entity not registered to transact business in Florida, the "Other Business Entity":

    a.) Appoints the Florida Secretary of State as its agent for service of process in a proceeding to enforce obligations of the converting Florida limited liability company, including any appraisal rights of its members under ss. 608.4351-608.43595, F.S.

    b.) Lists the following street and mailing address of an office the Florida Department of State may use for purposes of s. 48.181, F.S.

Street Address: __400 North Tampa Street, Suite 2850__
__Tampa, FL 33602__

Mailing Address: __400 North Tampa Street, Suite 2850__
__Tampa, FL 33602__

11. The "Other Business Entity" has agreed to pay any members having appraisal rights the amount to which such members are entitled under ss. 608.4351-608.43595, F.S.

Signed this __15__ day of __March__, 20__13__

Signature: _____
Must be signed by a Member or Authorized Representative.

Printed Name: __Laurence Edward Pappas__   Title: __AUTHORIZED PERSON__

Fees:   Filing Fee:            $25.00
      Certified Copy:        $30.00 (Optional)
      Certificate of Status: $5.00 (Optional)

Page 2 of 2