**EXHIBIT 7**

L II0000066865

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

**B. KOHR**

SEP 1 9 2011

**EXAMINER**



500212059555

RECEIVED
11 SEP 19 PH 1: 42
SECRETARY OF STATE
DIVISION OF CORPORATIONS
TALLAHASSEE FLORIDA

FILED
11 SEP 19 PH 2: 14
SECRETARY OF STATE
DIVISION OF CORPORATIONS



CORPORATION SERVICE COMPANY®

```
        ACCOUNT NO.    :   I20000000195

          REFERENCE    :   915576      7692383

      AUTHORIZATION     :

        COST LIMIT     :   $ 60.00
```

----------------------------------------------------------------

ORDER DATE :  September 19, 2011

ORDER TIME :  12:19 PM

ORDER NO.  :  915576-005

CUSTOMER NO:    7692383

----------------------------------------------------------------

## DOMESTIC CERTIFICATE OF CONVERSION


        NAME:    CORE AVIONICS & INDUSTRIAL LLC


        EFFECTIVE DATE: 09/19/2011


_____  ARTICLES OF AMENDMENT
_____  RESTATED ARTICLES OF INCORPORATION


PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

XX_____   CERTIFIED COPY
_____   PLAIN STAMPED COPY
XX_____   CERTIFICATE OF GOOD STANDING


CONTACT PERSON:  Becky Peirce -- EXT# 2919

                        EXAMINER'S INITIALS:   _____

# COVER LETTER

TO:   Registration Section
        Division of Corporations

SUBJECT: Core Avionics & Industrial LLC.
_____
        Name of Florida Limited Liability Company

The enclosed Certificate of Conversion and fee(s) are submitted to convert a Florida Limited Liability Company" into an "Other Business Entity" in accordance with s.608.4403, F.S.

Please return all correspondence concerning this matter to:

Laurence E. Pappas
_____
        Contact Person

Core Avionics & Industrial LLC.
_____
        Firm/Company

400 N. Tampa St., Suite 2850
_____
        Address

Tampa, FL 33602
_____
        City, State and Zip Code

larry.pappas@ch1group.com
_____
        E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Laurence E. Pappas        at ( 813 ) 388-4143
_____
Name of Contact Person        Area Code and Daytime Telephone Number

Enclosed is a check for the following amount:

| ☐ $25.00 Filing Fee | ☐ $30.00 Filing Fee and Certificate of Status | ☐ $55.00 Filing Fee and Certified Copy | ☒ $60.00 Filing Fee, Certified Copy, and Certificate of Status |

**STREET ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314

**Certificate of Conversion**
For
**Florida Limited Liability Company**
Into
**"Other Business Entity"**

This Certificate of Conversion is submitted to convert the following **Florida Limited Liability Company into an "Other Business Entity"** in accordance with s. 608.4403, Florida Statutes.

1. The name of the Florida Limited Liability Company converting into the "Other Business Entity" is:

Core Avionics & Industrial LLC.
_____
Enter Name of Florida Limited Liability Company

2. The name of the "Other Business Entity" is:

Core Avionics & Industrial LLC.
_____
Enter Name of "Other Business Entity"

3. The "Other Business Entity" is a  limited liability company
_____
(Enter entity type. Example: corporation, limited partnership,
general partnership, common law or business trust, etc.)

organized, formed or incorporated under the laws of  Delaware
_____
(Enter state, or if a non-U.S. entity, the name of the country)

4. The above referenced Florida Limited Liability Company has converted into an "Other Business Entity" in compliance with Chapter 608, F.S., and the conversion complies with the statute or applicable law governing the "Other Business Entity."

5. The plan of conversion was approved by the converting Florida Limited Liability Company in accordance with Chapter 608, F.S.

6. If applicable, the written consent of each member who, as a result of the conversion, is now a general partner of the surviving entity was obtained pursuant to s. 608.4402(2), F.S.

7. This conversion was effective under the laws governing the "Other Business Entity"

on: September 19, 2011
_____

Page 1 of 2

8. This conversion shall be effective in Florida on: September 19, 2011
(The effective date: 1) cannot be prior to nor more than 90 days after the date this
document is filed by the Florida Department of State; AND 2) must be the same as the
effective date of the conversion under the laws governing the "Other Business Entity.")

9. The principal office address of the "Other Business Entity" under the laws of the state,
country, or jurisdiction in which such entity was organized is as follows:

400 N. Tampa St., Suite 2850, Tampa, FL 33602

10. If the "Other Business Entity" is an out-of-state entity not registered to transact
business in Florida, the "Other Business Entity":

a.) Appoints the Florida Secretary of State as its agent for service of process in a
proceeding to enforce obligations of the converting Florida limited liability company,
including any appraisal rights of its members under ss. 608.4351-608.43595, F.S.

b.) Lists the following street and mailing address of an office the Florida
Department of State may use for purposes of s. 48.181, F.S.

Street Address:    400 N. Tampa St., Suite 2850, Tampa, FL 33602

Mailing Address:   400 N. Tampa St., Suite 2850, Tampa, FL 33602

11. The "Other Business Entity" has agreed to pay any members having appraisal rights
the amount to which such members are entitled under ss. 608.4351-608.43595, F.S.

Signed this 19th            day of September                    , 20 11

Signature: _____
            Must be signed by a Member or Authorized Representative.

Printed Name: Laurence E. Pappas        Title: Vice President/General Counsel

**Fees:** Filing Fee:              $25.00
        Certified Copy:          $30.00 (Optional)
        Certificate of Status:   $ 5.00 (Optional)

Page 2 of 2