# EXHIBIT 10

FILED
May 08, 2013
Secretary of State

# APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR WITHDRAWAL OF AUTHORITY TO TRANSACT BUSINESS IN FLORIDA

The name of the limited liability company as currently filed with the Florida Department of State:

CORE AVIONICS & INDUSTRIAL LLC

The document number of the limited liability company is M12000005464.

This limited liability company was organized under the laws of Delaware.

This limited liability company is no longer transacting business Florida and surrenders its authority to transact business in this state.

This limited liability company revokes the authority of its registered agent in Florida to accept service on its behalf and appoints the Department of State as its agent for service of process based on a cause of action arising during the time it was authorized to transact business in Florida.

The following is a current mailing address for the limited liability company:

400 NORTH TAMPA STREET
2850
TAMPA, FL  33602

The limited liability company agrees to notify the Department of State in the future of any change in its mailing address.

I submit this document and affirm that the facts stated herein are true.  I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.


Signature:   KELLI L. ZINNAMON
_____
Electronic Signature of Member or Authorized Representative of a Member