**EXHIBIT NO. 14**



*Tampa, Florida, April 23, 2013*

Core Avionics & Industrial Inc Announces OpenCL and OpenGL Support for Real-Time Operating Systems on New AMD Embedded G-Series SOC Processors

Click to download a copy.

*Dayton, Ohio, April 2, 2013*

CoreAVI Joins the Future Airborne Capability Environment (FACE™) Consortium

Click to download a copy.

*ASHBURN, VA – March 22, 2013*

Curtiss-Wright Controls and CoreAVI Announce Partnership

*To Ensure 15 Year Longevity of Supply and Support for Curtiss-Wright's XMC-715 Graphics Card Based on the AMD® Radeon® E4690 GPU*

Click to download a copy.

*Munich, Germany, March 21, 2012*

Core AVI Announces Availability of Safety Critical OpenGL Graphics Drivers

Click to download a copy

*Tampa, Florida, December 13, 2011*

Core AVI Announces their 25th Worldwide Design Win for the E4690

Click to download a copy.

News & Events:

DESIGN West 2013
San Jose, California
April 22-25
Visit us at AMD
Booth #1303
Demonstrating safety critical graphics running on system-on-chip technology

AUVSI's Unmanned Systems 2013
August 12-15
Walter E. Washington Convention Center – Washington, DC

Contact Us.
Core Avionics & Industrial Inc
400 N. Tampa St.
Suite 2050
Tampa, FL 33602

Sales Inquiries:
813.990.0603 (office)
647.300.5791 (mobile)
Sales@coreavi.com

Media Inquiries:
Media@coreavi.com

[in] Follow

COPYRIGHT © 2012 CORE AVIONICS & INDUSTRIAL INC. ALL RIGHTS RESERVED A CHANNEL ONE COMPANY
// TERMS AND CONDITIONS OF SALE // PRIVACY POLICY // LEGAL NOTICE



Core Avionics & Industrial Inc
400 North Tampa Street, Suite 2850
Tampa, Florida 33602

## Core Avionics & Industrial Inc Announces OpenCL and OpenGL Support for Real-Time Operating Systems on New AMD Embedded G-Series SOC Processors

Tampa, Florida, April 23, 2013. Core Avionics & Industrial Inc ("CoreAVI"), a Channel One company, has announced the development of embedded OpenCL drivers for the new AMD Embedded G-Series SOC processors (NYSE:AMD) in the mil-aero and high reliability markets. In addition, CoreAVI will enhance their existing OpenGL driver offering to support the AMD Embedded G-Series SOC family of products. CoreAVI's OpenCL architecture will allow system manufacturers to take advantage of the heterogeneous and general purpose processing capabilities of AMD's Radeon™ graphics processors (GPUs) and multicore system-on-a-chip (SOC) processors. Designed from the ground up for deployment in resource-constrained devices, CoreAVI's embedded OpenGL driver sets and OpenCL API will support popular real-time and safety critical operating systems such as Green Hills INTEGRITY, DDCI Deos and Wind River VxWorks.

CoreAVI provides "program ready" AMD components to mil-aero and high reliability system manufacturers. This includes providing temperature screened components with 20+ year supply, embedded OpenGL graphics drivers and FAA DO-178B/C and DO-254 safety critical data sets. Beginning with the AMD Embedded G-Series SOCs, CoreAVI's embedded OpenCL is the latest addition to its suite of software products designed to enable the use of AMD's GPUs and SOCs in the high reliability and mil-aero embedded systems markets.

"OEMs can realize significant cost savings and system performance improvements by utilizing our embedded OpenCL," said Lee Melatti, CEO of CoreAVI. "Our customers are looking forward to using our OpenCL API to take full advantage of advanced onboard AMD Radeon™ graphics integrated into the new AMD Embedded G-Series SOCto perform unique features and functions, such as object recognition, advanced video processing, encryption, and sensor data collection, that have traditionally required extensive hardware programming and multiple FPGAs or DSPs in addition to the CPU."

"AMD is excited about CoreAVI's development of OpenCL for real time operating systems with our AMD Embedded G-Series SOC featuring AMD Radeon™ HD 8000 Series Graphics," said Kamal Khouri, director of embedded products, AMD. "The combination of AMD's high performance SOCs and GPUs with CoreAVI's embedded OpenCL and widely adopted OpenGL solutions provide a unique and powerful product offering leading design improvements for real-time embedded applications across multiple markets."

**Media Inquiries**
Core Avionics & Industrial Inc
sales@coreavi.com
www.coreavi.com

**About CoreAVI**
Core Avionics & Industrial Inc ("CoreAVI"), a Channel One company, provides "program ready" embedded graphics and video processors to mil-aero and high reliability embedded systems manufacturers. A worldwide provider of AMD graphics processors and SoC products, CoreAVI's products includes 20+ year supply management, temperature-screened versions of the AMD Radeon™ E4690 graphics processor and embedded graphics drivers to enable AMD Radeon™ graphics support for real time operating systems. CoreAVI's program support includes FAA DO-254 and DO-178C (up to Design Assurance Level A) certification evidence for safety critical environments.

AMD, the AMD Arrow logo, and combinations thereof, are trademarks of Advanced Micro Devices, Inc. in the United States and/or other jurisdictions. Other names used in this document are for identification purposes only and may be trademarks of their respective owners.



Core Avionics & Industrial LLC
a *Channel One* company
400 North Tampa Street, Suite 2850
Tampa, Florida 33602

**Core Avionics & Industrial LLC Announces their 25th Worldwide Design Win for the E4690 High Performance Graphics Processor in Commercial and Military Avionics Applications**

**Tampa, Florida, December 9 2011.** Core Avionics & Industrial LLC (CoreAVI) achieves a significant milestone with twenty-
manufacturers who are deploying the AMD Radeon™ E4690 Graphics Processor Unit (GPU) into their next-generation high performance cockpit display systems. Customers include leading avionics manufacturer , such as Lockheed Martin and SAAB.

The AMD Radeon™ E4690 provides rich graphics and video functionality and scalable power-performance ratios that are ideal for avionics environments. This remarkable GPU provides the best performance available to mil-aero manufacturers who are deploying high performance graphics in safety critical cockpit displays.

The success of CoreAVI's launch of the E4690 into the avionics and defense market is due to their industry-specific product and support services to mil-aero manufacturers, such as 20-year product supply programs, industrial temperature screening and qualification of the graphics processor for mil-aero environments.  CoreAVI also provides DO-254 hardware certification support and field-proven DO-178B certifiable graphics drivers for deployment of the E4690 in system configurations that employ real-time operating systems.

The need for real-time situational awareness data in avionics and military systems continues to fuel the demand for high performance graphics systems. CoreAVI's programs enable the deployment of the E4690 GPU in commercial and military avionics systems that feature high resolution graphical displays and real-time 3D "synthetic vision" graphics output.  These displays are integral to the advanced capabilities of tomorrow's high performance aircraft electronics and can combine data such as radar, terr
The AMD Radeon™ E4690 has been adopted in a wide variety of avionics applications that include legacy upgrades as well as next-generation fixed wing passenger and freight aircraft, helicopters and ground based control platforms.

"We are pleased with CoreAVI's success in applying their expertise and value-
satisfy the special requirements of their targeted markets with the Radeon E4690." Said Buddy Broeker, Director, AMD Embedded Solutions Group.

"Since the release of the AMD Radeon™ E4690 last year, we have experienced rapid adoption of the product into our primary markets," said Lee Melatti, CEO of CoreAVI. "
AMD' GPU design combined with CoreAVI's efficient device drivers for real time operating systems and DO-178B certification support has been the key to this adoption."



Core Avionics & Industrial LLC
a *Channel One company*
400 North Tampa Street, Suite 2850
Tampa, Florida 33602

Media Inquiries
Core Avionics and Industrial LLC
sales@coreavi.com
www.ch1group.com

About CoreAVI:

Core Avionics and Industrial LLC (CoreAVI), *a Channel One c        *, provides "program ready" embedded graphics and video processors to mil-
systems manufacturers. A worldwide provider of AMD graphics processors and APU products, CoreAVI's provides 20+ year supply management, temperature-screened versions of the AMD R                                embedded graphics drivers to enable AMD Radeon $^M$
graphics support for real time operating systems. Additionally, CoreAVI provides program support with FAA DO-254 and DO-178B (up to Design Assurance Level A) certification evidence for safety critical environments.