UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL ALLEN WHITE,

    Plaintiff,

vs.                                             Case No. 8:13-cv-01272-JDW-EAJ

DAMIAN BRUNT FOZARD *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal (Dkt. 15). Upon consideration, this case is **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and subject to the conditions outlined in the parties' Joint Stipulation of Dismissal (Dkt. 15). Defendants' Motion to Dismiss/Stay and Incorporated Memorandum of Law (Dkt. 12) is **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** in chambers this 19th day of August, 2013.

                                                       JAMES D. WHITTEMORE
                                                       United States District Judge

Copies to:
Counsel of Record